```
PHYLLIS E. ANDELIN P.C. (sbn 60430)
Law Offices of Phyllis E. Andelin
4000 Bridgeway Suite 103
Sausalito, California 94965
Telephone: (415) 332 2602
Facsimile: (415) 332 2657
Attorneys for Plaintiff
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PHILIP K. CONLEY, an individual;<br><br>    Plaintiff,<br><br>vs.<br><br>KEMPER INSURANCE COMPANIES, an Illinois Corporation; BROADSPIRE SERVICES, INC., a Delaware Corporation, aka Broadspire Management Services; PLATINUM EQUITY LLC, a Delaware Limited Liability Company; DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 05-02249 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO FILE REPLY BRIEF 14 DAYS BEFORE HEARING ON MOTION TO REMAND**<br><br>**Date of Hearing:** 8-30-05<br>**Time:** 9:30 a.m.<br>**Courtroom:** 11, 19th Floor |

It is hereby stipulated between the parties to this action, through their respective attorneys and subject to the Court's approval, that plaintiff's reply brief on his Motion to Remand Action to State Court, now set for hearing on August 390, 2005, may be filed 14 days before the continued date of the hearing.

The need for additional time for plaintiff's reply brief was occasioned by the inadvertent late filing by defendant Kemper Insurance Companies of the complete Kemper Severance Plan as Amended Exhibit A to the Affidavit of Eric Epperson.

Dated: August 3, 2005          LAW OFFICES OF PHYLLIS E. ANDELIN
                               PHYLLIS E. ANDELIN P.C.


                               s/_____
                               Attorneys for Plaintiff

Case No. 05-02249 MJJ
STIPULATION AND ORDER TO CONTINUE DATE OF HEARING AND REPLY BRIEF ON MOTION TO REMAND 1

| | | |
|---|---|---|
| 1 | Dated: August 2, 2005 | BOORNAZIAN, JENSEN & GARTHE |
| 2 | | |
| 3 | | s/_____<br>Attorneys for Defendant Kemper Companies |
| 4 | Dated: August 2, 2005 | MUNGER TOLLES & OLSON LLP |
| 5 | | |
| 6 | | s/_____ |
| 7 | | Attorneys for Defendants Broadspire Services Inc., Platinum Equity LLC |

I attest that the this Stipulation and Proposed Order was signed by all parties to the stipulation.

By: s/_____
    Phyllis E. Andelin

IT IS SO ORDERED.

Dated: August 10, 2005

_____
Honorable Martin J. Jenkins
United States District Judge

Case No. 05-02249 MJJ
STIPULATION AND ORDER TO CONTINUE DATE OF HEARING AND REPLY BRIEF ON MOTION TO REMAND 2

Case No. 05-02249 MJJ
STIPULATION AND ORDER TO CONTINUE DATE OF HEARING AND REPLY BRIEF ON MOTION TO REMAND 3