MALCOLM A. HEINICKE (SBN 194174)
REBECCA GOSE LYNCH (SBN 230078)
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077
Malcolm.Heinicke@mto.com

Attorneys for Defendants
BROADSPIRE SERVICES, INC.
AND PLATINUM EQUITY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP K. CONLEY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>KEMPER INSURANCE COMPANIES, an Illinois Corporation; BROADSPIRE SERVICES, INC., a Delaware Corporation, aka Broadspire Management Services; PLATINUM EQUITY LLC, Delaware Limited Liability Company; DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. C 05-02249 MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES**<br><br>Current Date: September 20, 2005 at 2:00 p.m.<br>Proposed Date: October 18, 2005 at 2:00 p.m.<br><br>**The Honorable Martin J. Jenkins** |

1123848.1

STIPULATION AND ORDER CONTINUING
CASE MANAGEMENT CONFERENCE –
C 05-02249 MJJ

1         WHEREAS, the Court has scheduled a Case Management Conference for this
2 matter on September 20, 2005 at 2:00 p.m., and the Court has also set other initial case
3 management deadlines in association with this date;
4         WHEREAS, lead trial counsel for Defendants Broadspire and Platinum Equity will
5 be unable to attend the September 20, 2005 Case Management Conference due to existing and
6 long-standing travel plans;
7         WHEREAS, the Plaintiff's motion to remand the case to state court has been
8 argued and submitted, but the Court has not yet issued an order on that motion;
9         WHEREAS, the parties have met and conferred on the continuance of certain case
10 management deadlines and stipulate to the entry of an order to the following effect through their
11 counsel of record:
12 / / /
13 / / /
14 / / /

IT IS HEREBY STIPULATED that (1) the Case Management Conference currently scheduled for September 20, 2005 at 2:00 p.m. is hereby continued until October 18, 2005 at 2:00 p.m.; (2) the parties shall file a joint Case Management Conference Statement no later than October 7, 2005; (3) the parties shall meet and confer on early settlement and discovery issues prior to October 7, 2005; and (4) the parties shall complete initial disclosures by October 7, 2005 or at such other time as mutually agreed.

Respectfully submitted,

DATED: September ___, 2005

LAW OFFICES OF PHYLLIS E. ANDELIN
PHYLLIS E. ANDELIN

By:_____
PHYLLIS E. ANDELIN
Attorneys for Plaintiff
PHILIP K. CONLEY

DATED: September ___, 2005

MECKLER BULGER & TILSON, LLP
BOORNAZIAN, JENSEN & GARTHE

By:_____

Attorneys for Defendant
KEMPER INSURANCE COMPANIES

DATED: September 6, 2005

MUNGER, TOLLES & OLSON LLP
MALCOLM A. HEINICKE
REBECCA GOSE LYNCH

By:_____
MALCOLM A. HEINICKE

Attorneys for Defendants
BROADSPIRE SERVICES, INC. AND
PLATINUM EQUITY LLC

* * * * * * * * * * * * * * *

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: 9/12/2005

_____
The Honorable Martin J. Jenkins

1  IT IS HEREBY STIPULATED that (1) the Case Management Conference
2  currently scheduled for September 20, 2005 at 2:00 p.m. is hereby continued until October 18,
3  2005 at 2:00 p.m.; (2) the parties shall file a joint Case Management Conference Statement no
4  later than October 7, 2005; (3) the parties shall meet and confer on early settlement and discovery
5  issues prior to October 7, 2005; and (4) the parties shall complete initial disclosures by October 7,
6  2005 or at such other time as mutually agreed.

Respectfully submitted,

DATED: September 8, 2005

LAW OFFICES OF PHYLLIS E. ANDELIN
PHYLLIS E. ANDELIN

By: /s/ Phyllis Andelin
PHYLLIS E. ANDELIN
Attorneys for Plaintiff
PHILIP K. CONLEY

DATED: September ___, 2005

MECKLER BULGER & TILSON, LLP
BOORNAZIAN, JENSEN & GARTHE

By: _____

Attorneys for Defendant
KEMPER INSURANCE COMPANIES

DATED: September 8, 2005

MUNGER, TOLLES & OLSON LLP
MALCOLM A. HEINICKE
REBECCA GOSE LYNCH

By: /s/ Malcolm A. Heinicke
MALCOLM A. HEINICKE

Attorneys for Defendants
BROADSPIRE SERVICES, INC. AND
PLATINUM EQUITY LLC

* * * * * * * * * * * * * * * *

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____

_____
The Honorable Martin J. Jenkins

1123848.1                                    - 3 -                STIPULATION AND ORDER CONTINUING
                                                                  CASE MANAGEMENT CONFERENCE –
                                                                  C 05-02249 MJJ

1    IT IS HEREBY STIPULATED that (1) the Case Management Conference
2  currently scheduled for September 20, 2005 at 2:00 p.m. is hereby continued until October 18,
3  2005 at 2:00 p.m.; (2) the parties shall file a joint Case Management Conference Statement no
4  later than October 7, 2005; (3) the parties shall meet and confer on early settlement and discovery
5  issues prior to October 7, 2005; and (4) the parties shall complete initial disclosures by October 7,
6  2005 or at such other time as mutually agreed.

Respectfully submitted,

DATED: September ___, 2005        LAW OFFICES OF PHYLLIS E. ANDELIN
                                  PHYLLIS E. ANDELIN

                                  By:_____
                                       PHYLLIS E. ANDELIN
                                  Attorneys for Plaintiff
                                  PHILIP K. CONLEY

DATED: September 9, 2005          MECKLER BULGER & TILSON, LLP
                                  BOORNAZIAN, JENSEN & GARTHE

                                  By:_____

                                  Attorneys for Defendant
                                  KEMPER INSURANCE COMPANIES

DATED: September ___, 2005        MUNGER, TOLLES & OLSON LLP
                                  MALCOLM A. HEINICKE
                                  REBECCA GOSE LYNCH

                                  By:_____
                                       MALCOLM A. HEINICKE

                                  Attorneys for Defendants
                                  BROADSPIRE SERVICES, INC. AND
                                  PLATINUM EQUITY LLC

* * * * * * * * * * * * * * *

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____       _____
                                  The Honorable Martin J. Jenkins

1123848.1                  - 3 -                  STIPULATION AND ORDER CONTINUING
                                                  CASE MANAGEMENT CONFERENCE –
                                                  C 05-02249 MJJ