```
 1  CHARLES I. EISNER, ESQ. (CA SBN 61033)
    COURTNEY M. KING, ESQ. (CA SBN 221239)
 2  BOORNAZIAN, JENSEN & GARTHE
    A Professional Corporation
 3  555 12th Street, Suite 1800
    P.O. Box 12925
 4  Oakland, CA  94604-2925
    Telephone (510) 834-4350
 5  Facsimile: (510) 839-1897

 6  PAUL R. GARRY, ESQ. (IL SBN 0919551)
    JACOB M. RUBINSTEIN, ESQ. (IL SBN 6225971)
 7  MECKLER BULGER & TILSON LLP
    123 North Wacker Drive. Suite 1800
 8  Chicago, IL  60606
    Telephone: 9312) 474-7900
 9  Facsimile: (312) 474-7898

10  Attorneys for Defendant
    KEMPER INSURANCE COMPANIES
11
                   UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
                           OAKLAND DIVISION
13
14  PHILIP K. CONLEY,                 )  Case No.: No. C 05-02249 MJJ
                                      )
15           Plaintiff,                )  ORDER GRANTING APPLICATION FOR
                                      )  ADMISSION OF ATTORNEY PRO HAC VICE
16      v.                             )
                                      )  Granted
17  KEMPER INSURANCE COMPANIES, et al.,)  The Honorable Martin J. Jenkins
                                      )
18           Defendants.               )
                                      )
19
20      Jacob M. Rubinstein, an active member in good standing of the bar of Illinois, whose
21  business address and telephone number is Meckler Bulger & Tilson LLP, 123 North Wacker
22  Drive, Suite 1800, Chicago, Illinois 60606, 312/474-7873, having applied in the above-entitled
23  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
24  representing Defendant Kemper Insurance Companies, Inc.
25      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
26  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
27  *vice*. Service of papers upon and communication with co-counsel designated in the application
28
```

1

will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/26/2005

*Martin J. Jenkins*
United States District Judge Martin Jenkins

M:\10299\pleading\pro hac vice order - jmr.doc