**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHILIP K. CONLEY,

        Plaintiff,

    vs.

KEMPER INSURANCE COMPANIES, et al.,

        Defendants.

_____/

No. 05-2249 MJJ (MEJ)

**ORDER GRANTING DEFENDANTS'
REQUEST TO BE EXCUSED FROM
PERSONALLY APPEARING AT THE
SETTLEMENT CONFERENCE**

      Defendants Broadspire Services, Inc. and Platinum Equity LLC request permission from the Court to excuse Thomas Dare, Senior Vice President and General Counsel for Broadspire Services, Inc., and Martha Brodie, Senior Counsel for Platinum Equity, LLC  from personally attending the settlement conference set for March 8, 2006.  Defendants outside counsel, Malcolm Heinicke, will be attending the settlement conference in person and will be fully authorized to negotiate on behalf of said Defendants.  Dare and Brodie have agreed to provide Heinicke with advance settlement authority by their respective companies.

      The Court hereby GRANTS Defendants' request.  If, however, a further settlement conference is needed, Dare and Brodie will be required to attend personally.  The Court FURTHER orders Dare and Brodie to be available by telephone during the scheduled settlement conference.

      **IT IS SO ORDERED**.

Dated: December 20, 2005

_____
MARIA-ELENA JAMES
United States Magistrate Judge