E-filing

| | |
|---|---|
| 1  Sheila M. Salomon, SBN 164619<br>   Andrew L. Chang, SBN 222309<br>2  SHOOK, HARDY & BACON L.L.P.<br>   333 Bush Street, Suite 600<br>3  San Francisco, California 94104-2828<br>   Telephone: 415.544.1900<br>4  Facsimile: 415.392.0281<br>   ssalomon@shb.com<br>5  achang@shb.com | **FILED**<br><br>JAN 2 5 2006<br><br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT,<br>NORTHERN DISTRICT OF CALIFORNIA |

6  Attorneys for Plaintiffs
   CAPITOL RECORDS, INC.; PRIORITY RECORDS LLC;
7  SONY BMG MUSIC ENTERTAINMENT; ARISTA
   RECORDS LLC; BMG MUSIC; INTERSCOPE RECORDS;
8  UMG RECORDINGS, INC.; AND WARNER BROS.
   RECORDS INC.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT; a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-6,<br><br>Defendants. | Case No. C 05 02165 MJJ<br><br>**NOTICE OF DISMISSAL OF DEFENDANT DOE #5** |

24

25  / / /

26  / / /

27  / / /

28  / / /

97490V1

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs CAPITOL RECORDS, INC.,
2  PRIORITY RECORDS LLC, SONY BMG MUSIC ENTERTAINMENT, ARISTA RECORDS
3  LLC, BMG MUSIC, INTERSCOPE RECORDS, UMG RECORDINGS, INC., and WARNER
4  BROS. RECORDS INC. (hereinafter "Plaintiffs") hereby voluntarily dismiss previously named
5  Defendant DOE #5 (ISP Address: 169.229.126.100 2005-05-05 03:05:56).

6  Plaintiffs' causes of action against Defendant DOE # 5 are hereby voluntarily dismissed with
7  prejudice.

9  Dated: January 20, 2006

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _____/s/ Andrew L. Chang_____
          ANDREW L. CHANG

Attorneys for Plaintiffs
CAPITOL RECORDS, INC.; PRIORITY
RECORDS LLC; SONY BMG MUSIC
ENTERTAINMENT; ARISTA RECORDS
LLC; BMG MUSIC; INTERSCOPE
RECORDS; UMG RECORDINGS, INC.;
AND WARNER BROS. RECORDS INC.

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

1/25/2006
DATE

2

NOTICE OF DISMISSAL OF DEFENDANT DOE # 5
CASE NO. 05 02165 MJJ

97490V1

```
 1  PHYLLIS E. ANDELIN P.C. (sbn 60430)
    Law Offices of Phyllis E. Andelin
 2  4000 Bridgeway Suite 103                    FILED
    Sausalito, California 94965
 3  Telephone: (415) 332 2602                   JAN 2 5 2006
    Facsimile: (415) 332 2657
 4  Attorneys for Plaintiff
                                                RICHARD W. WIEKING
 5                                              CLERK U.S. DISTRICT COURT,
                                                NORTHERN DISTRICT OF CALIFORNIA
              IN THE UNITED STATES DISTRICT COURT
 6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

 7
    PHILIP K. CONLEY, an            )   Case No. 05-02249  MJJ
 8  individual;                     )
                                    )   STIPULATION AND [PROPOSED]
 9                     Plaintiff,   )   ORDER TO CONTINUE HEARING AND
                                    )   BRIEFING SCHEDULE ON
10  vs.                             )   DEFENDANTS' MOTION FOR
                                    )   PARTIAL SUMMARY JUDGMENT
11  KEMPER INSURANCE COMPANIES, an  )
    Illinois Corporation;           )   Date of Hearing: 1-24-06
12  BROADSPIRE SERVICES, INC., a    )   Time:           9:30 a.m.
    Delaware Corporation, aka       )   Courtroom:      11
13  Broadspire Management Services; )
    PLATINUM EQUITY LLC, a Delaware )
14  Limited Liability Company; DOES )
    1-100, inclusive,               )
15                                  )
                       Defendants.  )
16  _____  )

17

18      It is hereby stipulated between the parties to this action,

19  through their respective attorneys and subject to the Court's

20  approval, that the date for hearing on defendants' Motion for

21  Partial Summary Judgment be continued from January 24, 2006 to

22  MARCH 7, 2006 [February 28, 2006] at 9:30 a.m.  Plaintiff's papers in opposition

23  to the motion shall be filed by February 3, 2006 and reply briefs

24  shall be filed by February 14, 2006.

25  Dated: December 30, 2005          LAW OFFICES OF PHYLLIS E. ANDELIN
                                      PHYLLIS E. ANDELIN P.C.
26

27                                    By: Signed by Phyllis E. Andelin
                                          Attorneys for Plaintiff
28
    Case No. 05-02249 MJJ
    STIPULATION AND ORDER TO CONTINUE DATE OF HEARING AND REPLY BRIEF ON MOTION TO REMAND 5
```

```
 1  Dated: December 30, 2005        MECKLER BULGER & TILSON LLP
 2
                                    By:  signed by J.M. Rubinstein
 3                                  Attorneys for Defendant Kemper
                                    Companies
 4
    Dated: December 30, 2005        MUNGER TOLLES & OLSON LLP
 5
 6                                  By:  Signed by Malcolm Heinecke
                                    Attorneys for Defendants Broadspire
 7                                  Services Inc., Platinum Equity LLC
 8
         I hereby attest that the within Stipulation and Proposed
 9
    Order was signed by all parties to the stipulation on the dates
10
    shown.
11
12                                  By:  signed by Phyllis E. Andelin
                                         Phyllis E. Andelin
13
14
         IT IS SO ORDERED.
15
    Dated: January 25, 2006
16
17                                  Honorable Martin J. Jenkins
                                    United States District Judge
18
```

6