PHYLLIS E. ANDELIN P.C. (sbn 60430)
Law Offices of Phyllis E. Andelin
4000 Bridgeway Suite 103
Sausalito, California 94965
Telephone: (415) 332 2602
Facsimile: (415) 332 2657
Attorneys for Plaintiff

FILED
JAN 25 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP K. CONLEY, an individual;<br><br>             Plaintiff,<br><br>vs.<br><br>KEMPER INSURANCE COMPANIES, an Illinois Corporation;<br>BROADSPIRE SERVICES, INC., a Delaware Corporation, aka Broadspire Management Services;<br>PLATINUM EQUITY LLC, a Delaware Limited Liability Company; DOES 1-100, inclusive,<br><br>             Defendants. | Case No. 05-02249   MJJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Date of Hearing:** 1-24-06<br>**Time:**             9:30 a.m.<br>**Courtroom:**       11 |

It is hereby stipulated between the parties to this action, through their respective attorneys and subject to the Court's approval, that the date for hearing on defendants' Motion for Partial Summary Judgment be continued from January 24, 2006 to February 28, 2006 at 9:30 a.m. Plaintiff's papers in opposition to the motion shall be filed by February 3, 2006 and reply briefs shall be filed by February 14, 2006.

Dated: December 30, 2005       LAW OFFICES OF PHYLLIS E. ANDELIN
                                PHYLLIS E. ANDELIN P.C.


                                By: Signed by Phyllis E. Andelin
                                Attorneys for Plaintiff

Case No. 05-02249   MJJ
STIPULATION AND ORDER TO CONTINUE DATE OF HEARING AND REPLY BRIEF ON MOTION TO REMAND    5

| | | |
|---|---|---|
| 1 | Dated: December 30, 2005 | MECKLER BULGER & TILSON LLP |
| 2 | | |
| 3 | | By: <u>signed by J.M. Rubinstein</u><br>Attorneys for Defendant Kemper Companies |
| 4 | Dated: December 30, 2005 | MUNGER TOLLES & OLSON LLP |
| 5 | | |
| 6 | | By: <u>Signed by Malcolm Heinecke</u><br>Attorneys for Defendants Broadspire Services Inc., Platinum Equity LLC |
| 7 | | |

I hereby attest that the within Stipulation and Proposed Order was signed by all parties to the stipulation on the dates shown.

By: <u>signed by Phyllis E. Andelin</u>
Phyllis E. Andelin

IT IS SO ORDERED.

Dated: January 25, 2006

_____
Honorable Martin J. Jenkins
United States District Judge

6