IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP K. CONLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>KEMPER INSURANCE COMPANIES, et al.,<br><br>　　　　Defendants.<br>_____/ | No. 05-2249 MJJ (MEJ)<br><br>**ORDER RESCHEDULING PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT AGREEMENT TO AUGUST 10, 2006** |

　　　As the Court is unavailable on July 27, 2006, the Court reschedules Plaintiff's Motion to Enforce Settlement Agreement to August 10, 2006, at 10:00 a.m.

　　　**IT IS SO ORDERED.**

Dated: July 27, 2005

　　　　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge