1  MALCOLM A. HEINICKE (SBN 194174)
   REBECCA GOSE LYNCH (SBN 230078)
2  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
3  Twenty-Seventh Floor
   San Francisco, CA 94105-2907
4  Telephone: (415) 512-4000
   Facsimile:  (415) 512-4077
5  Malcolm.Heinicke@mto.com

6  Attorneys for Defendants
   BROADSPIRE SERVICES, INC. AND PLATINUM
7  EQUITY LLC

8              UNITED STATES DISTRICT COURT
9             NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION

12  PHILIP K. CONLEY, an individual,          CASE NO. C 05-02249 MJJ
13                Plaintiff,                  STIPULATION FOR DISMISSAL WITH
                                              PREJUDICE PURSUANT OT FRCP 41(a)
14       vs.                                  AND ORDER
15  KEMPER INSURANCE COMPANIES, an
    Illinois Corporation; BROADSPIRE
16  SERVICES, INC., a Delaware
    Corporation, aka Broadspire Management
17  Services; PLATINUM EQUITY LLC, a
    Delaware Limited Liability Company;
18  DOES 1-100, inclusive,
19                Defendants.

1167134.1

STIPULATION FOR DISMISSAL WITH
PREJUDICE PURSUANT TO FRCP 41(a)
C 05-02249 MJJ

Case 3:05-cv-02249-MJJ Document 108 Filed 08/14/2006 Page 2 of 2

07/17/2006 19:54    415-332-2657    PHYLLIS E ANDELIN    PAGE 13/14
Jul-17-2006 19:00   From-ARCH INSURANCE   +14154909650   T-523  P.013/015  F-583

1  WHEREAS, the parties wish to have this case dismissed with prejudice;

2  IT IS HEREBY STIPULATED pursuant to FRCP 41(a) that this case shall be and

3  hereby is dismissed with prejudice.

Respectfully submitted,

5  DATED: 7-14, 2006

LAW OFFICES OF PHYLLIS E. ANDELIN

By: /s/ Phyllis Andelin
    PHYLLIS ANDELIN

Attorneys for Plaintiff
PHILIP K. CONLEY

10  DATED: 2-27, 2006

MECKLER, BULGER & TILSON LLP

By: /s/ Jacob M. Rubinstein
    JACOB M. RUBINSTEIN

Attorneys for Defendant
KEMPER INSURANCE COMPANIES

15  DATED: 7-28, 2006

MUNGER, TOLLES & OLSON LLP

By: /s/ Malcolm A. Heinicke
    MALCOLM A. HEINICKE

Attorneys for Defendants
BROADSPIRE SERVICES, INC. AND
PLATINUM EQUITY LLC

8/14/2006

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
/s/ Martin J. Jenkins
Judge Martin J. Jenkins

1167134.1

- 2 -

STIPULATION FOR DISMISSAL WITH
PREJUDICE PURSUANT TO FRCP 41(a)
C 05-02249 MJJ